**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02726-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.**)

UNITED NUWAUPIAN NATION GOVERNMENT, YAMASSE TRIBE OF NATIVE
    AMERICANS SEMINOLE CREEK, SUSHUNI, WASHITA MOUND BUILDERS,
    30,000 JOHN AND JANE DOES, et al., Ministers of Justice Parties in Interest on
    Behalf of our Seated President, and
H.E. DR. MALACHI Z. K. YORK 33/720, Misnomer DWIGHT YORK, Inmate #17911-054,

    Plaintiffs,

v.

JOHN /JANE DOE #1 CLASSIFICATION DIRECTOR,
MAUREEN CRUZ, Former Associate Warden,
JACK FOX, Associate Warden,
BRIAN A. BLEDSOE, Warden,
L. McDERMOTT, Health Services Specialist,
S. SMITH, SIS Technician,
S. NAFZIGER, MD. Clinical Director,
C. W. WELCH, Physician Assistant,
J. T. SHARTLE, Former Associate Warden,
RON WILEY, Warden,
HERMAN ROMAN, MD, Clinical Director,
RAIEZ, Health Physician Assistant,
G. HICKS, Physician Assistant,
J. F. CASTILLO, Physician Assistant
RICK STALL KAMP, Pharmacist,
LAWRENCE LEYBA, DO Clinical Director,
M. MILLER, Physician Assistant,
10 JOHN AND JANE DOES,
A. VINEYARD, Physician Assistant,
Y. PETTERHOFF, Imaging Techniques Specialist, and
M. SWANN, Practitioner Assistant, Each in his/her Individual and Official Capacity,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

A Verified Complaint has been submitted on Malachi Z. K. York's behalf by Emanuel Michael. Mr. York, a.k.a. Dwight York, is a prisoner in the United States Bureau of Prisons, who currently is housed in the State of Colorado. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order. The Court notes that the Complaint is signed by Emanuel Michael, who indicates that he is not a licensed attorney but is a party in interest. Mr. Michael may not file an action on Mr. York's behalf. *See* 28 U.S.C. § 1654.

Mr. York will be directed to cure the following if he wishes to pursue his claims. Any papers which Mr. York files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1) ___ is not submitted
(2) ___ is not on proper form (must use the Court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other:

**Complaint or Petition**:
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the Court's current form)
(12) _X_ is missing an original signature by Plaintiff
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the Court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been

       received by the court.
(17) __   names in caption do not match names in text
(18) _X_  other: No addresses have been provided for named defendants.

Accordingly, it is

ORDERED that Mr. York cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers which Mr. York files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. York shall obtain the court-approved Complaint form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. York fails to cure the designated deficiencies **within thirty days from the date of this Order** the Complaint and the action will be dismissed without further notice. It is

FURTHER ORDERED that the Clerk of the Court is directed to send a copy of this Order to Mr. Dwight D. York, Inmate # 17911-054, at ADX in Florence, Colorado.

DATED October 15, 2012, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge