IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 12-cv-02726-BNB


UNITED NUWAUPIAN NATION GOVERNMENT, YAMASSE TRIBE OF NATIVE
AMERICANS SEMINOLE CREEK, SUSHUNI, WASHITA MOUND BUILDERS, 30,000
JOHN AND JANE DOES, et al., Ministers of Justice Parties in Interest on Behalf of our
Seated President, and
H.E. DR. MALACHI Z. K. YORK 33/720, Misnomer DWIGHT YORK, Inmate #17911-
054,

      Plaintiffs,

v.

JOHN /JANE DOE #1 CLASSIFICATION DIRECTOR,
MAUREEN CRUZ, Former Associate Warden,
JACK FOX, Associate Warden,
BRIAN A. BLEDSOE, Warden,
L. McDERMOTT, Health Services Specialist,
S. SMITH, SIS Technician,
S. NAFZIGER, MD. Clinical Director,
C. W.  WELCH, Physician Assistant,
J. T. SHARTLE, Former Associate Warden,
RON WILEY, Warden,
HERMAN ROMAN, MD, Clinical Director,
RAIEZ, Health Physician Assistant,
G. HICKS, Physician Assistant,
J. F. CASTILLO, Physician Assistant
RICK STALL KAMP, Pharmacist,
LAWRENCE LEYBA, DO Clinical Director,
M. MILLER, Physician Assistant,
10 JOHN AND JANE DOES,
A. VINEYARD, Physician Assistant,
Y. PETTERHOFF, Imaging Techniques Specialist, and
M. SWANN, Practitioner Assistant, Each in his/her Individual and Official Capacity,

      Defendants.

## ORDER OF DISMISSAL

A Verified Complaint was submitted on Malachi Z. K. York's behalf by Emanuel Michael.  Mr. York, a.k.a. Dwight York, is a prisoner in the United States Bureau of Prisons and currently is housed in the State of Colorado.

On October 15, 2012, Magistrate Judge Boyd N. Boland entered an order instructing Plaintiff that Mr. Michael cannot represent him and to file his claims on a current Court-approved form that includes his signature.  Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed.  The Court, therefore, will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

2

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this _26th_ day of ___November___, 2012.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court