IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 12-cv-02726-BNB


UNITED NUWAUPIAN NATION GOVERNMENT, YAMASSE TRIBE OF NATIVE
AMERICANS SEMINOLE CREEK, SUSHUNI, WASHITA MOUND BUILDERS, 30,000
JOHN AND JANE DOES, et al., Ministers of Justice Parties in Interest on Behalf of our
Seated President, and
H.E. DR. MALACHI Z. K. YORK 33/720, Misnomer DWIGHT YORK, Inmate #17911-
054,

     Plaintiffs,

v.

JOHN /JANE DOE #1 CLASSIFICATION DIRECTOR,
MAUREEN CRUZ, Former Associate Warden,
JACK FOX, Associate Warden,
BRIAN A. BLEDSOE, Warden,
L. McDERMOTT, Health Services Specialist,
S. SMITH, SIS Technician,
S. NAFZIGER, MD. Clinical Director,
C. W.  WELCH, Physician Assistant,
J. T. SHARTLE, Former Associate Warden,
RON WILEY, Warden,
HERMAN ROMAN, MD, Clinical Director,
RAIEZ, Health Physician Assistant,
G. HICKS, Physician Assistant,
J. F. CASTILLO, Physician Assistant
RICK STALL KAMP, Pharmacist,
LAWRENCE LEYBA, DO Clinical Director,
M. MILLER, Physician Assistant,
10 JOHN AND JANE DOES,
A. VINEYARD, Physician Assistant,
Y. PETTERHOFF, Imaging Techniques Specialist, and
M. SWANN, Practitioner Assistant, Each in his/her Individual and Official Capacity,

     Defendants.

---

JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 26, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 26 day of November, 2012.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/  S. Grimm
     Deputy Clerk